UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>LUIS FELIPE DETORRE,<br>    aka "Oscar,"<br><br>        Defendant. | Criminal Case No. 89CR0170-E<br><br>ORDER AND JUDGMENT TO DISMISS INDICTMENT AND RECALL ARREST WARRANT |

Having been informed by the Government that all efforts to apprehend defendant LUIS FELIPE DETORRE, aka "Oscar," over the last 20 years have been unsuccessful and that the evidence to prosecute him is problematic,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant LUIS FELIPE DETORRE, aka "Oscar," be dismissed and the arrest warrant recalled.

IT IS FURTHER ORDERED that a copy of this order shall be sent to appropriate law enforcement agents as well as to the United States Marshal's Service so that the warrant may be recalled and purged.

**DATED: October 27, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**